**Willie Lee HILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40154.**

Missouri Court of Appeals, Western District.

Sept. 6, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, Mo., for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, Mo., for respondent.

Before CLARK, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 30.25(b).